Harry **BASTIAN** et al., Appellants,

v.

**BOURNS, INC.**, a corporation of the State
of California et al., Appellees.

Supreme Court of Delaware.

April 16, 1970.

C. Waggaman Berl, Jr., of Booker, Lesh-
em, Green, Shaffer & Berl, H. James Con-
away, Jr., and Jack Jacobs, of Young, Con-
away, Stargatt & Taylor, Wilmington, and
Willson, Cunningham & McClellan, St.
Louis, Mo., for appellants.

Edmund N. Carpenter, II, and Charles
F. Richards, Jr., of Richards, Layton &
Finger, Wilmington, for appellees.

WOLCOTT, C. J., and CAREY and
HERRMANN, JJ., sitting.

PER CURIAM.

This is an appeal from the denial of the
enjoining of the merger of Chicago Aerial
Industries, Inc. (CAI) into Bourns/CAI,
Inc. Appellants are minority shareholders
of CAI. The merger involved a share-for-
share exchange of Bourns/CAI, Inc. com-
mon stock for the common stock of CAI.
Appellants sought to enjoin the merger on
the ground that the exchange ratio is un-
fair. This is the sole issue raised in this
appeal.

The issue raised by appellants is purely
one of fact. The Vice Chancellor, in an
exhaustive opinion, Bastian v. Bourns, Inc.,
Del.Ch., 256 A.2d 680, determined the issue
of fairness. We have reviewed the record
and find sufficient evidence to support the
conclusions of the Vice Chancellor on the
facts.

The judgment is affirmed on the opinion
below.